IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

G.A.,[1]

        Plaintiff,

v.                  Case No. 23-2167-DDC

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

## MEMORANDUM AND ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR

Defendant, the Acting Commissioner of Social Security (Commissioner), has filed an unopposed motion with this court (Doc. 5) under 42 U.S.C. § 405(g), asking the court to enter an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings.[2] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The court makes all of its Memorandum and Orders available online. Therefore, as part of the court's efforts to preserve the privacy interest of Social Security disability claimants, it has elected to caption such opinions using only plaintiff's initials.

[2] The Clerk of the Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

**Dated this 25th day of May, 2023, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**
